# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **DEBORAH LYNN ORR,** | ) |
| Plaintiff, | ) Case No. 1:20CV00047 |
| v. | ) **JUDGMENT** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

For the reasons stated in the Order accompanying this Judgment, it is **ADJUDGED AND ORDERED** that the final decision of the Commissioner of Social Security denying benefits is VACATED AND REMANDED.

The Clerk shall close the case.

ENTER: October 26, 2021

/s/ JAMES P. JONES
Senior United States District Judge